UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER WALKER,

    Plaintiff,

  v.

DAVID COOKE, et al.,

    Defendants.

Case No. 15-cv-00911-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff, a civil detainee, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for an extension of time to file his amended complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **June 22, 2015**.

If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

This Order terminates Docket No. 5.

IT IS SO ORDERED.

Dated: May 27, 2015

                                                YVONNE GONZALEZ ROGERS
                                                United States District Court Judge