UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER WALKER,

    Plaintiff,

  v.

DAVID COOKE, et al.,

    Defendants.

Case No. 15-cv-00911-YGR (PR)

**ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION**

Pursuant to the notice of voluntary dismissal of this action filed by Plaintiff on July 6, 2015, this action is terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman Am. Exp. Inc.*, 813 F.2d 1532, 1534-36 (9th Cir. 1987) (Rule 41(a)(1)(A)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice"); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

The Clerk of the Court shall close the file. This Order terminates Docket No. 7.

IT IS SO ORDERED.

Dated: July 14, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge